# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:15-cv-00041-RLV-DCK |
| vs. | ) ) | |
| MISTY ANN LACKEY FRANKLIN CHRISTOPHER BUMGARNER, | ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2015, Order.

Signed: December 8, 2015

Frank G. Johns, Clerk
United States District Court